**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**MIDDLE DISTRICT OF GEORGIA**
**WILLIAM A. BOOTLE FEDERAL BUILDING AND U.S. COURTHOUSE**
**475 MULBERRY STREET**
**MACON, GA**

**DAVID W. BUNT**
Clerk of Court

Telephone: **478−752−3497**
Facsimile: **478−752−3496**

**OFFICES**
Albany 31701
Athens 30601
Columbus 31902
Macon 31202
Valdosta 31601

August 27, 2024

All Counsel of Record and/or Pro Se Parties

   RE:  GUERNSEY v. MCCLENDON, 5:24−cv−00221−MTT

Dear Attorney of Record and/or Pro Se Party,

    The above−captioned Bankruptcy Appeal Record was filed in this office on July 10, 2024. Appellant shall serve and file its briefs within 30 days after entry of the Notice of Bankruptcy Appeal Record on the docket pursuant to Rule 8018. The appellee shall serve and file its brief within 30 days after service of the appellant's brief. The appellant may file a reply brief within 14 days after service of the appelle's brief. If a cross−appeal has been filed, the appellee may file and serve a reply brief to the response of the appellant to the issues presented in the cross−appeal within 14 days after service of appellant's response. No further briefs may be filed except by leave of Court.

    This appeal will be submitted to the Court at the expiration of the time limits set forth in Rule 8018, with or without briefs.

    The Clerk's office cannot grant extensions of time. Any request for extensions of time must be addressed to the U.S. District Judge.

                  Sincerely,

                  David W. Bunt, Clerk

                  s/ Raven Kareem Alston, Deputy Clerk
                  At the Direction of the Court