IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In the Matter Of

| | |
|---|---|
| JOSEPH R. GUERNSEY dba RED SHIELD FUNDING,<br><br>       Appellant,<br><br>THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,<br><br>       Appellee, | *<br><br>*<br><br>**CASE NO. 5:24-CV-00221-MTT**<br>**APPEAL to the District Court for**<br>**the Middle District of Georgia**<br><br>*<br><br>*<br><br>* |

AND
CHRISTOPHER KOSACHUK,
       Cross-Appellant

V.

THOMAS T. MCCLENDON, AS
LIQUIDATING TRUSTEE OF THE GALARDI
CREDITORS TRUST,
       Cross-Appellee.
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2024, and for the reasons stated therein, the JUDGMENT is hereby entered dismissing this case.

This 16th day of October, 2024.

                David W. Bunt, Clerk

                s/ Raven K. Alston, Deputy Clerk